No. 94–1788.  BURNS *v.* UNITED STATES ET AL.  C. A. 11th Cir.  Certiorari denied. ▮

No. 94–1793.  SMITH *v.* COLORADO.  Ct. App. Colo.  Certiorari denied. ▮

No. 94–1803.  UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. *v.* JOHN MORRELL & CO.  C. A. 8th Cir.  Certiorari denied. ▮

No. 94–1810.  NEMELKA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied. ▮

No. 94–7580.  BAHM *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied. ▮

No. 94–7789.  DEBARDELEBEN *v.* QUINLAN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–8009.  BUELL *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied. ▮

No. 94–8265.  HERN *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied. ▮

No. 94–8273.  HUDSPETH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied. ▮

No. 94–8279.  RAMOS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ▮

No. 94–8379.  MARTIN *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied. ▮

No. 94–8511.  BANDA *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied. ▮

No. 94–8690.  SCOTT *v.* CALDERON, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied. ▮

No. 94–8692.  PHELPS *v.* INDIANA.  Ct. App. Ind.  Certiorari denied. ▮

No. 94–8693.  BILYEU *v.* RATHER ET AL.  C. A. 11th Cir.  Certiorari denied. ▮